PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNUS EMRE ZORUM,<br><br>      Plaintiff,<br><br>  v.<br><br>USCIS, ET AL.,<br><br>      Defendant. | CASE NO. 1:24-CV-00700 JLT-SKO<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY<br><br>(Doc. 7) |

  The Defendants respectfully request to hold this case in temporary abeyance through February 19, 2025, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2020. USCIS has scheduled Plaintiff's asylum interview for October 22, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through February 19, 2025.  The parties further request that all other filing and case management deadlines be similarly vacated, including the Initial Scheduling Conference currently set for September 19, 2024, and its accompanying deadlines.

Respectfully submitted,

Dated:  August 14, 2024						PHILLIP A. TALBERT
								United States Attorney

								By:   /s/ ELLIOT C. WONG
								ELLIOT C. WONG
								Assistant United States Attorney


								/s/CHRISTINA SULLIVAN CASTRO
								CHRISTINA SULLIVAN CASTRO
								Counsel for Plaintiff


## ORDER

Based on the foregoing (Doc. 7), and good cause appearing, this matter will be temporarily STAYED through February 19, 2025.  The Scheduling Conference set for September 19, 2024, is CONTINUED to April 17, 2025, at 9:30 AM.  The parties shall file their joint scheduling report no later than seven (7) days before the Scheduling Conference, and in the report, they should address the status of the case and indicate whether they wish to lift or extend the stay.

IT IS SO ORDERED.

Dated:   **August 15, 2024**				     /s/ *Sheila K. Oberto*
								UNITED STATES MAGISTRATE JUDGE