**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YUNUS EMRE ZORUM,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.**<br><br>**Defendants.** | No. 1:24-cv-00700-JLT-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 9) |

On November 6, 2024, Plaintiff filed a "Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)," notifying the Court that this case is voluntarily dismissed with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **January 21, 2025**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE